## PRATT *et al. v.* FINKLE.

*Lumpkin, J.*—The evidence warranted a finding for the plaintiff; but inasmuch as the verdict exceeded the amount sued for, the excess must be written off, and the costs of this writ of error borne by the defendant in error.

*Judgment affirmed, with direction.*

October 26, 1896. Argued at the last term.

Complaint. Before Judge Milner. Whitfield superior court. October term, 1895.

*Maddox & Starr*, for plaintiffs in error.
*R. J. & J. McCamy*, contra.